**Order entered February 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01324-CR

**MARKOS ABATE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-37220-P**

## ORDER

The clerk's record filed in this appeal contains a number of documents, including the indictment, the plea agreement, the judicial confession, the Magistrate's findings, conclusions, and recommendations, and the judgment adjudicating guilt that appear to be from case number F01-37219-P. A "20" has been handwritten over the "19" in the case number in these documents, as well as in a number of other documents contained in the clerk's record. A review of the district clerk's website for case number F01-37220-P, however, indicates there are documents specific to case number F01-37220-P, including an indictment and a judgment adjudicating guilt. The documents in the clerk's record filed in this appeal do not relate to the offense charged in case number F01-37220-P.

We **ORDER** the district clerk to file within **THREE (3) DAYS** of the date of this order, a supplemental clerk's record containing those documents in the district clerk's file specifically relating to case number F01-37220-P.

We **DIRECT** the clerk of this court to transmit a copy of this order by electronic transmission to the Honorable Teresa Hawthorne, counsel for the parties, and District Clerk Gary Fitzsimmons.

/s/    ROBERT M. FILLMORE
       PRESIDING JUSTICE